Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

SILVERMAN THEOLOGOU, LLP
REA STELMACH, ESQ., SBN 296671
11835 W Olympic Blvd., Suite 855E
Los Angeles, California 90064
Telephone: (213) 226-6922
Facsimile:  (213) 226-6964
rstelmach@silvermanlegal.com

☐ *Individual appearing without attorney*
☒ *Attorney for:* SkyPoint Federal Credit Union

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ☐▼

In re:
Angela Elaine Dawson

Debtor(s).

CASE NO.: 2:23-bk-10524-WB

CHAPTER: 13   ☐▼

**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER CONFIRMING TERMINATION OF STAY UNDER 11 U.S.C. § 362(c)(3) OR THAT NO STAY IS IN EFFECT UNDER 11 U.S.C. § 362(c)(4)(A)(ii)**

**(with supporting declarations)**

DATE: 04/04/2023
TIME: 10:00 am
COURTROOM: 1375

**MOVANT:** SkyPoint Federal Credit Union

1. NOTICE IS HEREBY GIVEN to _____
the Debtor and trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, movant in the above-captioned matter will move this court for an order confirming termination of the stay or that no stay is in effect on the grounds set forth in the attached motion.

2. **Hearing Location:**

☒ 255 East Temple Street, Los Angeles, CA 90012          ☐ 411 West Fourth Street, Santa Ana, CA 92701
☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367      ☐ 1415 State Street, Santa Barbara, CA 93101
☐ 3420 Twelfth Street, Riverside, CA 92501

3. a. ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the movant's

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

attorney (or upon movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

b. ☐ This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing:

(1) ☐ Opposition to the motion may be made orally at the hearing.

(2) ☐ Any written response or evidence must be filed and served:

☐ at the hearing    ☐ at least _____ days before the hearing.

(A) ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

(B) ☐ An Application for Order Setting Hearing on Shortened Notice was filed pursuant to LBR 9075-1(b) and was granted by the court, and such application and order have been or are being served upon the Debtor, trustee, and parties in interest.

(C) ☐ An Application for Order Setting Hearing on Shortening Notice has been filed and remains pending.  Once the court has ruled on that application, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4.  You may contact the clerk's office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the motion and may grant the requested relief.

Date:  03/14/2023

Silverman Theologou, LLP
Printed name of law firm (if applicable)

/s/ Rea Stelmach
Signature of individual movant or attorney for movant

Rea Stelmach
Printed name of individual movant or attorney for movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**MOTION IN INDIVIDUAL CASE FOR ORDER CONFIRMING TERMINATION OF STAY
OR THAT NO STAY IS IN EFFECT**

1. **Case History:**

   a. ☒ A voluntary ☐ An involuntary petition concerning an individual(s) under chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13
      was filed on (*specify date*): <u>01/31/2023</u>

   b. One or more single or joint bankruptcy cases filed by or against this debtor were pending within the year
      preceding the petition date in this case. These cases and the reasons for dismissal are:

      1) Case name: In Re: Angela Elaine Dawson       Location where filed: Santa Barbara
         Case number: 9:22-bk-10930-RC               Chapter: 13
         Date filed: 11/15/2022                      Date dismissed: 12/05/2022
         Reason for dismissal: Failure to file Schedules, Statements, and/or Plan

      2) Case name: In Re: Angela Elaine Dawson       Location where filed: Los Angeles
         Case number: 2:23-bk-10930-WB               Chapter: 13
         Date filed: 1/3/2023                        Date dismissed: 01/23/2023
         Reason for dismissal: Failure to File Schedules, Statements, and/or Plan

      ☐ See attached continuation page

2. **Grounds for Order:**

   a. ☐ Under 11 U.S.C. § 362(c)(3):

      1) ☐ A single or joint case filed by or against the debtor was pending but dismissed within the year preceding
         the petition date in this case;
      2) ☐ The dismissed case was not a case refiled under a chapter other than chapter 7 following dismissal under
         11 U.S.C. § 707(b); and
      3) ☐ Thirty days have elapsed since the filing of the petition in the above-entitled case and no order has been
         entered continuing the stay.

   b. ☒ Under 11 U.S.C. § 362(c)(4)(A)(ii):

      1) ☒ Two or more single or joint cases filed by or against the debtor were pending but dismissed within the
         year preceding the petition date in this case; and
      2) ☐ None of the dismissed cases was refiled under a chapter other than chapter 7 after dismissal under
         11 U.S.C. §707(b).

3. **Evidence in Support of Motion: (*Important Note: Declaration(s) in support of the Motion MUST be attached
   hereto.*)**

   a. ☒ Movant requests that the court take judicial notice of the proceedings in the present case and the proceedings
      in each of the prior cases.
   b. ☐ Other evidence (*specify*): _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  ☐ **An optional Memorandum of Points and Authorities is attached to this motion.**

**WHEREFORE, Movant prays that this court issue an order (*specify forms of relief requested*):**

1.  ☐ Confirming under 11 U.S.C. § 362(c)(3) that the automatic stay has been terminated with respect to the debtor.
2.  ☒ Confirming under 11 U.S.C. § 362(c)(4)(A)(ii) that no stay was ever in effect in this case.
3.  ☐ For other relief requested, see attached continuation page.

Date:  03/14/2023                                    Respectfully submitted,


                                                     SkyPoint Federal Credit Union
                                                     Printed name of Movant


                                                     Silverman Theologou, LLP
                                                     Printed name of law firm of attorney for Movant (if applicable)



                                                     /s/ Rea Stelmach
                                                     Signature

                                                     Rea Stelmach
                                                     Printed name of Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                        Page 4                        **F 4001-1.TERM.STAY.MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11835 W Olympic Blvd., Suite 855E

Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER CONFIRMING TERMINATION OF STAY UNDER 11 U.S.C. § 362(c)(3) OR THAT NO STAY IS IN EFFECT UNDER 11 U.S.C. § 362(c)(4)(A)(ii) (with supporting declarations)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/14/2023   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ch. 13 Trustee: Nancy K. Curry, trustee13la@aol.com

United States Trustee: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:

On (*date*) 03/14/2023   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Angela Elaine Dawson, 3347 1/2 N. Eastern Avenue, Los Angeles, CA 90032

Chambers:  U.S. Bankruptcy Court 255 E. Temple Street, Suite 1382 / Courtroom 1375, Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/14/2023 | Rea Stelmach | /s/ Rea Stelmach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.